**No. 62856.**—U. S. Bead & Novelty Corp. *v.* United States, protest 58/3087 (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of glass stones the same in all material respects as those the subject of Abstract 59105, except that said stones are not faceted, the claim of the plaintiff was sustained.

**No. 62857.**—Loewengart & Co. *v.* United States, protests 317139–K, etc. (New York).

Opinion by MOLLISON, J.   The protests were dismissed.

**No. 62858.**—Imperial International Corp. *v.* United States, protest 58/3732 (New York).

Opinion by MOLLISON, J.   The protest was dismissed.

**No. 62859.**—L. Profumo & Company, Inc., and J. J. Hayes Company *v.* United States, protests 58/5605 and 58/6325 (New York).

Opinion by MOLLISON, J.   The protests were dismissed.

BEFORE THE SECOND DIVISION, MARCH 18, 1959

**No. 62860.**—Trizonia Corp. *v.* United States, protests 276213–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of narrow woven fabrics of cotton similar in all material respects to those the subject of *Beer Stern Import Corp.* v. *United States* (39 Cust. Ct. 294, C.D. 1944), the claim of the plaintiff was sustained.